# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JULEE A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 1:23-CV-00209-MSM-PAS |
| MARTIN O'MALLEY, Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant | ) ) |

## ORDER

Mary S. McElroy, United States District Judge.

On April 30, 2024, Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R"), (ECF No. 15), which recommended that the Court deny Plaintiff's Motion to Reverse the Decision of the Commissioner ("Motion to Reverse"), (ECF No. 9) and grant the Motion to Affirm the Decision of the Commissioner. ("Motion to Affrm"). (ECF No. 13.)

After having carefully reviewed the relevant papers and having heard no objections the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set for therein. Accordingly, Plaintiff's Motion to Reverse (ECF No. 9) is DENIED, Defendant's Motion to Affirm (ECF No. 13) is GRANTED.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

May 24, 2024